UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
————————————————————X
In re:                              Chapter 11
                                    Case No. 810-76069
RICHARD M. SCHWARTZ
and FAITH R. SCHWARTZ,

                Debtors.
————————————————————X

## AFFIDAVIT OF CIRCUMSTANCES LEADING TO CHAPTER 11 FILING

RICHARD M. SCHWARTZ and FAITH R. SCHWARTZ being duly sworn, deposes and says:

1. We are the debtors in this Chapter 11 case which has been filed to save our home located at 190 West Ivy Hill Road, Woodmere NY 11598 from foreclosure.

2. We are submitting this affidavit to explain to the Court what circumstances led to the filing of this case.

### General Description

3. We encountered financial hardships which necessitated the Chapter 11 filing because of the following:

   a) Faith lost her job as a school teacher in 2006 and went back to school to obtain a Master's Degree in special education which we viewed as a means of additional job security. However, until January 2009 Faith was not employed.

   b) Richard's income from insurance sadly declined because of economic downturn which hurt his business. Now the business has improved.

   c) We expect to reorganize because:

      i) As of 2009 Faith has been working earning approximately $90,000.00 per year.

      ii)      Richard's income has vastly improved from insurance sales.

WHEREFORE, the above are the circumstances leading to the Chapter 11 filing.

                          */s/Richard Schwartz*
                          **BY:    RICHARD M. SCHWARTZ**

                          */s/Faith Schwartz*
                          **FAITH R. SCHWARTZ**

Sworn to before me on this
2nd day of August, 2010

*/s/Ronald D. Weiss*
Ronald D. Weiss
Notary Public, State of New York
No. 02WE5041400
Qualified in Suffolk County
Commission Expires 4/3/11